B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## MARYLAND

In re   Colony Liquors Incorporated,                    Case No. _____

         Debtor

                                                         Chapter           11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Comptroller of Maryland Revenue Administration Division 110 Carroll Street Annapolis, Maryland 21411 | | taxes and certain other debts owed to governmental units | | $770,000.00 |
| IRS P.O Box 8208 Philadelphia, Pennsylvania 19101 | | taxes and certain other debts owed to governmental units | | $80,000.00 |
| Patricia Holland 2433 Yarmouth Lane Crofton, Maryland 21114 | | None | | $50,000.00 |
| MOR SR, LLC c/o McGruder Cook & Koutsoukis 1889 Preston White Drive Suite 200 Reston, Virginia 20191 | | None | This claim is disputed. | $45,000.00 |

B 4 (Official Form 4) (12/07)

| Name | Col2 | Col3 | Col4 | Amount |
|---|---|---|---|---|
| Business Financial Systems<br>3301 N. University Drive<br>Suite 300<br>Coral Springs, Florida 33025 | | None | | $27,000.00 |
| Toyota Financial<br>P.O. Box 4102<br>Carol Stream, Illinois 52409 | | None | | $26,000.00 |
| Meyers Robel & Rosenbaum<br>6801 Kennilworth Avenue<br>Suite 400<br>Riverdale Park, Maryland 20737 | | | | $10,114.30 |
| Reliable Churchhill Distributors<br>1413 Tangier Drive<br>Middle River, Maryland 21220 | | | | $6,000.00 |
| Department of Labor & Licensing<br>1100 North Eutaw Street<br>Room 405<br>Baltimore, Maryland 21201 | | None | | $4,000.00 |
| Maryland Lottery<br>1800 Washington Blvd<br>Baltimore, MD 21230 | | None | | $3,400.00 |
| Atlantic Systems<br>P.O. Box 2244<br>Farmington, New Jersey 07727 | | None | | $3,102.36 |
| Republic National Distributors<br>8201 Stayton Drive<br>Jessup, Maryland 20794 | | None | This claim is disputed. | $3,000.00 |

B 4 (Official Form 4) (12/07)

| Creditor | | Amount |
|---|---|---|
| Capitol One Bank<br>P.O. Box 71083<br>Charlotte, North Carolina 28272 | None | $2,080.00 |
| American Express<br>P.O. Box 1270<br>Newark, New Jersey 07101 | None | $1,826.23 |
| Tyco Integrated Security<br>P.O. Box 371967<br>Pittsburgh, Pennsylvania 15250 | None | $500.00 |
| Anne Arundel County False Alarm<br>P.O. Box 418669<br>Boston, Massachusetts 02241-8669 | None | $150.00 |

Date: April 1, 2015

/s/ /s/ Patricia Holland
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, , of Colony Liquors Incorporated named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:   April 1, 2015            /s/ /s/ Patricia Holland
,